IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINAL PRASAD,

       Petitioner,              No. 2:09-cv-0980-FCD-JFM (HC)

    vs.

JAMES A. YATES, Warden,

       Respondent.          ORDER

_____/

       Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 22, 2009, respondent filed a motion to dismiss the petition as barred by the statute of limitations.[1]  On the same day, petitioner filed a motion for a court-ordered briefing schedule on respondent's motion.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's June 22, 2009 motion for a briefing schedule is granted;

       2. Petitioner's opposition to respondent's motion shall be filed and served within twenty-one days from the date of this order;

/////

---

[1] Respondent has not noticed the motion for hearing.

1

3.  Respondent's reply, if any, shall be filed and served within seven days thereafter; and

4.  Thereafter, the motion shall be submitted for decision on the papers without oral argument.

DATED: June 25, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
pras0980.brfsch

2