**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Petitioner
**REGINAL PRASAD**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reginal Prasad | Case No.: 2:090 cv-0980 FCD JFM (HC) |
| Petitioner, | **STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS** |
| James A. Yates, Warden | |
| Warden | |
| Respondent | |
| On Habeas Corpus | |

Petitioner REGINAL PRASAD, by and through his undersigned counsel Johnny, L. Griffin III, and Deputy Attorney General Darren K. Indermill, hereby stipulate and agree to an extension of time for filing of Petitioner's Opposition to Respondent's Motion to Dismiss.  Petitioner's response is currently due on July 17, 2009 Petitioner seeks an extension to July 31, 2009. This extension of time is requested because Petitioner needs additional time to research and prepare his opposition to Respondent's Motion to Dismiss.

////

////

////

1

Dated:  July 13, 2009          Respectfully Submitted,


                                         \ss\ Johnny L. Griffin, III
                                         JOHNNY L. GRIFFIN, III
                                         Attorney for Petitioner
                                         REGINAL PRASAD

Dated: July 13, 2009

                                         /s/ Darren K. Indermill [1]
                                         DARREN K. INDERMILL
                                         Deputy Attorney General


<u>Order</u>

Pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  July 29, 2009.


                                         /s/
                                         JOHN F. MOULDS
                                         UNITED STATES MAGISTRATE JUDGE

/pras0980.stp

---

[1] Deputy Attorney General Darren K. Indermill telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com